**STATE v. CLIFTON**

[347 N.C. 391 (1997)]

STATE OF NORTH CAROLINA v. DEBORAH ANN CLIFTON

No. 133PA97

(Filed 5 December 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 125 N.C. App. 471, 481 S.E.2d 393 (1997), finding no error in defendant's conviction for involuntary manslaughter entered on 30 June 1995 in Superior Court, Franklin County, Hobgood, J., presiding, and remanding for resentencing. Heard in the Supreme Court 17 November 1996.

*Michael F. Easley, Attorney General, by John A. Greenlee, Assistant Attorney General, for the State-appellant.*

*Mark A. Perry and McMillan, Smith & Plyler, by Duncan A. McMillan, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.